UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL PUTHUFF,<br><br>Petitioner,<br><br>v.<br><br>KENT CLARK, Warden,<br><br>Respondent. | No. 2:18-cv-2120 TLN DB<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. (ECF Nos. 1, 2).

Examination of the affidavit reveals petitioner is unable to afford the costs of this action. (See ECF No. 9). Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

On March 21, 2019, petitioner filed a motion to amend his petition. (ECF No. 13). In the motion, petitioner simply states that he wishes to amend the standard of review in the pleading. (See ECF No. 13).

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis, filed August 2, 2018 (ECF No. 2), is GRANTED;

1

2. Petitioner's application for writ of habeas corpus, filed August 2, 2018 (ECF No. 1), is DISMISSED with leave to amend within thirty days from the date of this order;

3. Any amended petition must bear the case number assigned to this action and the title "First Amended Petition," and

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: April 1, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS.puth2120.114