UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL PUTHUFF,<br><br>Petitioner,<br><br>v.<br><br>KENT CLARK, Warden,<br><br>Respondent. | No. 2:18-cv-2120 TLN DB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently before the court is petitioner's second request for an extension of time to file and serve a traverse. (ECF No. 33.) Plaintiff requests an extension as he was "on a medical lay in for 30 days" with a serious medical condition that caused "internal bleeding, severe stomach pain, fatigue, and anemia." (Id. at 2.) Plaintiff further stats that he has been unable to utilize the law library due to outside medical appointments and access restrictions due to COVID-19. (Id.)

Respondent filed an answer on February 25, 2021. (ECF No. 29.) This is plaintiff's second request for an extension of time to file a traverse. Plaintiff's request for an extension of time will be granted.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 33) is granted; and
2. Petitioner shall file and serve his traverse on or before July 30, 2021.

DATED: June 3, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Habeas/R/puth2120.111sec