UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL PUTHUFF,<br><br>Petitioner,<br><br>v.<br><br>KENT CLARK,<br><br>Respondent. | No. No. 2:18-cv-2120-TLN-DB<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner and contained notice to petitioner that any objections to the findings and recommendations were to be filed within thirty days. Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that Petitioner's copy of the findings and recommendations was returned as undeliverable, Petitioner was properly served. It is Petitioner's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1  The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 6, 2023 (ECF No. 38) are ADOPTED IN FULL;
2. The Second Amended Petition for writ of habeas corpus (ECF No. 22) is DENIED with prejudice; and
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: July 11, 2023

Troy L. Nunley
United States District Judge

2